PHILLIP A. SILVESTRI
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Pkwy, #400
Las Vegas, NV 89169
Telephone: (702) 978-4249
Facsimile: (954) 433-4256
Phillip.Silvestri@gmlaw.com

RICHARD W. EPSTEIN
MYRNA L. MAYSONET
(Admitted Pro Hac Vice)
GREENSPOON MARDER LLP
201 East Pine St., Suite 500
Orlando, Florida 32801
Telephone: (407) 425-6559
Facsimile: (407) 422-6583
richard.epstein@gmlaw.com
myrna.maysonet@gmlaw.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BOLDING; DONNA EHLERT; WAYNE HARRIS; and TONI VARAY, | **Case No.: 2:16-cv-00617- RFB-CWH** |
| Plaintiffs, | **[PROPOSED] STIPULATION FOR EXTENSION OF TIME FOR DISCOVERY (SIXTH REQUEST)** |
| vs. | |
| NAV-LVH CASINO, LLC dba WESTGATE LAS VEGAS RESORT & CASINO, a Nevada, Limited Liability Company; WESTGATE LAS VEGAS RESORT, LLC, a Delaware Limited Liability Company; WESTGATE RESORTS, INC., a Florida Corporation, | |
| Defendants. | |

Pursuant to Local Civil Rule 6-1(a), Defendant NAV-LVH, LLC dba Westgate Las Vegas Resort & Casino ("NAV-LVH" or Defendant) and Plaintiffs CHARLES BOLDING, DONNA EHLERT, WAYNE HARRIS, and TONI VARAY ("Ms. Varay") (collectively the "Plaintiffs"),

by and through their respective counsel of record, hereby stipulate as follows:

**Relevant Procedural Posture and Facts**

1.      On or about January 16, 2018, this Court granted the parties' fifth request for an extension of the discovery deadline based, in part, on the pending Motion to Substitute Party dealing with a representative for Plaintiff Toni Varay who died in 2016.

2.      Plaintiff's Motion to Substitute Party was denied without prejudice on November 30, 2017.  Plaintiff has accepted this ruling and will not be proceeding further on behalf of Ms. Varay.

3.      Currently, the discovery deadline is June 6, 2018.  This request is timely as it has been filed more than 21 days from the discovery deadline as required by the Rules.  This request is not the result of undue delay.  Neither of the parties will be harmed by an extension and both represent that such request is needed in the interest of justice.

4.      As required by Rule 26-4 of the Local Rules of Practice for the United States District Court for the District of Nevada ("Local Rules"), this sixth request for an extension of the discovery deadline is fully supported by "good cause" as discussed below.

**(a) A statement specifying the discovery completed**.

To date, the parties have exchanged initial Rule 26 disclosures as well as written discovery.  Since the last request for extension of the discovery deadlines, two key depositions were taken in December 2017, in addition to the three current Plaintiffs.  Due to the number of Plaintiffs in this case, the deposition of Tim Cook, the Security Director, was continued; it was initially scheduled to proceed in February, 2017.[1]

Unfortunately, due to scheduling issues, the parties have not been able to complete this deposition. The deposition of Ms. Beatrice Vattima, the former Labor Relations Manager involved in this case and in another matter pending in this Court has been delayed because she moved to

---

[1] The deposition of Joe Barnes took place on December 5, 2017 and the deposition of Damien Descant was scheduled for December 5, 2017, but was cancelled by Plaintiffs' counsel on the morning of the deposition.  The deposition of Tim Cook took place on December 6, 2017, but was not concluded.

34807567.1

California and while she was amenable to appear for deposition while in Nevada, that is no longer the case. The parties are working with her to find a suitable time to depose her in this matter and another age discrimination case to minimize the impact and disruption to this witness. The parties have made contact and are currently attempting to schedule her deposition.

During the deposition of Tim Cook in December, 2017, counsel stated that he wanted to take the deposition of another three (3) employees. Defendant has agreed to produce those who are still working but the parties have had problems locating the witnesses that no longer work for the Defendants. Because of some testimony in Mr. Cook's deposition these witnesses have become very relevant.

Defendant propounded additional written discovery upon Plaintiffs which Plaintiff has responded to. Likewise, the parties are trying to resolve various pending discovery disputes and they are hopeful that with the extension, they can be fully resolved or in the alternative, to narrow the scope of what will need to be presented to the Court. In the past, the parties have worked diligently to resolve issues without Court involvement; we are hopeful that no further disputes will need to be adjudicated by this court.

Further, counsel for both parties have other cases before this Court which involve overlapping witnesses to some extent and, thus, the attorneys for both parties are coordinating the scheduling of the depositions in such cases to minimize the burden on the witnesses and travel for out-of-state counsel.

Lastly, and perhaps more importantly, counsel are continuing to engage in settlement talks that would benefit from this extension as the parties would not be forced to spend significant time and money in particular as it relates to out-of-state witnesses.

Counsel for the parties as always are working cooperatively to complete discovery; however, additional time is necessary as described above.

**(b) The parties have Good Cause to extend the deadline.**

As discussed above, the parties have continued to litigate this case diligently despite some of the logistical hurdles presented. Unfortunately, some witnesses have moved out of state

creating the need for an extension. Lastly, as a sufficient amount of discovery has occurred, the parties are in a better position to engage in meaningful settlement discussions. The parties would request a stay of the discovery during this time to avoid incurring further costs that may impact settlement discussions, including travel costs associated with a mediation.

WHEREAS, the parties stipulate to extend the discovery deadline, up to and including, July 21, 2018, and further stipulate to an extension of time for the remaining affected deadlines as follows:

| Activity | Former Date | Requested Date |
|---|---|---|
| Discovery Cut-Off Date | 06/06/18 | 07/21/18 |
| Dispositive Motions | 07/11/18 | 08/25/18 |
| Pretrial Order | 08/09/18 | 09/23/18[2] |

WHEREAS, this Stipulation is not being filed for purposes of delay, but rather for good cause based on the reasons set forth above.

WHEREAS, this Stipulation constitutes the parties' sixth request for an extension of time to conduct discovery, and this Stipulation is being filed more than twenty-one (21) days from the current discovery deadline as required by Local Rule 26-4.

WHEREAS, the parties understand that, pursuant to Local Rule 26-4, any further extension must be made at least twenty-one (21) days before the deadline at issue.

///

///

///

///

///

///

///

---

[2] Or 30 days after the decision on the last dispositive motion.

34807567.1

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the parties will complete discovery in the instant case by July 21, 2018, and that the remaining deadlines shall also be extended as provided above.

DATED this 10th day of May, 2018.

| Law Offices of Michael P. Balaban | Greenspoon Marder LLP |
|---|---|
| */s/ Michael P. Balaban* | */s/ Phillip A. Silvestri* |
| Michael P. Balaban, Esq. | Phillip A. Silvestri, Esq. |
| Nevada Bar No. 9370 | Nevada Bar No. 11276 |
| Law Offices of Michael P. Balaban | GREENSPOON MARDER LLP |
| 10726 Del Rudini Street | 3993 Howard Hughes Pkwy., Ste. 400 |
| Las Vegas, NV 89141 | Las Vegas, Nevada 89169 |
| Tel: (702) 586-2964 | Tel: (702) 978-4249 |
| Fax: (702) 586-3023 | Fax: (954) 333-4256 |
| | phillip.silvestri@gmlaw.com |
| Attorneys for Plaintiffs | |

MYRNA L. MAYSONET
Florida Bar No.: 0429650
CHERISH A BENEDICT
Florida Bar No. 99073
201 East Pine Street, Suite 500
Orlando, FL 32801
Telephone: (407) 425-6559
Facsimile: (407) 422-6583
myrna.maysonet@gmlaw.com
cherish.benedict@gmlaw.com
lorraine.kyser@gmlaw.com
Attorneys for Defendant

Attorneys for Defendant

IT IS SO ORDERED

_____

UNITED STATES MAGISTRATE JUDGE

June 26, 2018

DATED: _____