PHILLIP A. SILVESTRI
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Pkwy, #400
Las Vegas, NV 89169
Telephone: (702) 978-4249
Facsimile: (954) 433-4256
Phillip.Silvestri@gmlaw.com

RICHARD W. EPSTEIN
MYRNA L. MAYSONET
(Admitted Pro Hac Vice)
GREENSPOON MARDER LLP
201 East Pine St., Suite 500
Orlando, Florida  32801
Telephone: (407) 425-6559
Facsimile: (407) 422-6583
richard.epstein@gmlaw.com
myrna.maysonet@gmlaw.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BOLDING; DONNA EHLERT; WAYNE HARRIS; and TONI VARAY,<br><br>Plaintiffs,<br><br>vs.<br><br>NAV-LVH CASINO, LLC dba WESTGATE LAS VEGAS RESORT & CASINO, a Nevada, Limited Liability Company; WESTGATE LAS VEGAS RESORT, LLC, a Delaware Limited Liability Company; WESTGATE RESORTS, INC., a Florida Corporation,<br><br>Defendants. | **Case No.: 2:16-cv-00617- RFB-CWH**<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR JOINT PRE-TRIAL ORDER**<br><br>**(FIRST REQUEST)** |

The parties, Defendant NAV-LVH, LLC dba Westgate Las Vegas Resort & Casino ("NAV-LVH" or Defendant) and Plaintiffs CHARLES BOLDING, DONNA EHLERT, WAYNE HARRIS (collectively the "Plaintiffs"), by and through their respective counsel of

record, hereby stipulate and request that this Court extend the deadline for filing the Joint Pre-Trial Order, currently set for September 21, 2018, as follows:

On June 26, 2018, this Court granted the parties' request to extend the discovery and dispositive motion deadlines to July 21, 2018 and August 25, 2018, respectively. [D.E. 64].

The parties have recently completed discovery in this matter, and neither party has filed a dispositive motion.

A trial date has not yet been issued in this matter.

Counsel for both parties have several matters with this Court, and with each other with several overlapping deadlines, including *Kachur v. NAV-LVH*, Case No. 2:16-cv-02899-JAD-CWH, and *Shipman v. NAV-LVH*, Case No. 2:16-cv-02722-JCM-CWH.

In *Shipman,* the parties are currently involved in briefing on Westgate's Motion for Summary Judgment.

In *Kachur,* the parties are engaged in ongoing discovery in light of recent identification of additional possible witnesses.

The additional time will allow the parties the necessary time to prepare the Joint Pre-Trial Memorandum.

///
///
///
///
///
///
///
///
///
///
///
///

36231046v1

Based on the foregoing, the parties request that this Court order that the deadline for the parties to file the Joint Pre-Trial Memo be extended thirty (30) days, up to and including, October 22, 2018.

DATED this 13th day of September, 2018.

Law Offices of Michael P. Balaban                    Greenspoon Marder LLP

/s/ Michael P. Balaban                               /s/ Phillip A. Silvestri
Michael P. Balaban, Esq.                             Phillip A. Silvestri, Esq.
Nevada Bar No. 9370                                  Nevada Bar No. 11276

Attorneys for Plaintiffs                             Attorneys for Defendant


IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE


DATED:  September 14, 2018

36231046v1