PHILLIP A. SILVESTRI
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Pkwy, #400
Las Vegas, NV 89169
Telephone: (702) 978-4249
Facsimile: (954) 433-4256
Phillip.Silvestri@gmlaw.com

RICHARD W. EPSTEIN
MYRNA L. MAYSONET
(Admitted Pro Hac Vice)
GREENSPOON MARDER LLP
201 East Pine St., Suite 500
Orlando, Florida 32801
Telephone: (407) 425-6559
Facsimile: (407) 422-6583
richard.epstein@gmlaw.com
myrna.maysonet@gmlaw.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BOLDING; DONNA EHLERT; WAYNE HARRIS; and TONI VARAY, <br><br> Plaintiffs, <br><br> vs. <br><br> NAV-LVH CASINO, LLC dba WESTGATE LAS VEGAS RESORT & CASINO, a Nevada, Limited Liability Company; WESTGATE LAS VEGAS RESORT, LLC, a Delaware Limited Liability Company; WESTGATE RESORTS, INC., a Florida Corporation, <br><br> Defendants. | **Case No.: 2:16-cv-00617- RFB-DJA** <br><br><br> **STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL AND PENDING DEADLINES DUE TO SETTLEMENT** |

The parties, Defendant NAV-LVH, LLC dba Westgate Las Vegas Resort & Casino ("NAV-LVH" or Defendant) and Plaintiffs CHARLES BOLDING, DONNA EHLERT, and WAYNE HARRIS (collectively the "Plaintiffs"), by and through their respective counsel of

1

41572514

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249 / Fax: (954) 333-4256

record, hereby notify the Court that the parties have reached a settlement in principle on all claims. On that basis the parties request that the Court vacate the trial scheduled for November 4, 2019, and vacate all deadlines set forth in the Order Regarding Trial [ECF #78] while the parties finalize settlement documents. A stipulation and order to dismiss should follow within thirty (30) days.

In the unlikely event that the parties are unable to resolve this case, the parties request that the Court issue a subsequent order rescheduling all deadlines.

DATED this 18th day of October, 2019.

| Law Offices of Michael P. Balaban | Greenspoon Marder LLP |
|---|---|
| */s/ Michael P. Balaban* | */s/ Phillip A. Silvestri* |
| Michael P. Balaban, Esq.<br>Nevada Bar No. 9370 | Phillip A. Silvestri, Esq.<br>Nevada Bar No. 11276 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: October 21, 2019

2

41572514