PHILLIP A. SILVESTRI
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Pkwy, #400
Las Vegas, NV 89169
Telephone: (702) 978-4249
Facsimile: (954) 433-4256
Phillip.Silvestri@gmlaw.com

RICHARD W. EPSTEIN
MYRNA L. MAYSONET
(Admitted Pro Hac Vice)
GREENSPOON MARDER LLP
201 East Pine St., Suite 500
Orlando, Florida 32801
Telephone: (407) 425-6559
Facsimile: (407) 422-6583
richard.epstein@gmlaw.com
myrna.maysonet@gmlaw.com
Attorneys for Defendants

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249 / Fax: (954) 333-4256

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BOLDING; DONNA EHLERT; WAYNE HARRIS; and TONI VARAY,<br><br>Plaintiffs,<br><br>vs.<br><br>NAV-LVH CASINO, LLC dba WESTGATE LAS VEGAS RESORT & CASINO, a Nevada, Limited Liability Company; WESTGATE LAS VEGAS RESORT, LLC, a Delaware Limited Liability Company; WESTGATE RESORTS, INC., a Florida Corporation,<br><br>Defendants. | **Case No.: 2:16-cv-00617- RFB-DJA**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, Defendant NAV-LVH, LLC dba Westgate Las Vegas Resort & Casino ("NAV-LVH" or Defendant) and Plaintiffs CHARLES BOLDING, DONNA EHLERT, and WAYNE HARRIS (collectively the "Plaintiffs"), by and through their respective counsel of

1

41777612

record, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate and agree:

1.    Pursuant to an executed settlement agreement between the Parties, all claims asserted by Plaintiffs shall be dismissed with prejudice

2.    Each party shall bear its own attorneys' fees and costs, except as set forth in the Parties' settlement agreement.

DATED this 12th day of November, 2019.

Law Offices of Michael P. Balaban

Greenspoon Marder LLP

*/s/ Michael P. Balaban*

Michael P. Balaban, Esq.
Nevada Bar No. 9370

Attorneys for Plaintiffs

*/s/ Phillip A. Silvestri*

Phillip A. Silvestri, Esq.
Nevada Bar No. 11276

Attorneys for Defendants

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: November 13, 2019

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249 / Fax: (954) 333-4256

2

41777612